```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Civil No. 18-2617 (DSD/LIB)
```

Farass Ali,

        Petitioner,

v.                                              **ORDER**

Jefferson Beauregard Sessions, III,
Attorney General, et al.,

        Respondents.

     This matter is before the court upon the government's motion to strike. The government seeks to strike an exhibit petitioner Farass Ali attached to his supplemental habeas briefing. See ECF No. 47, Ex. 7. The exhibit is Ali's June 13, 2019, brief filed in his pending immigration proceeding before the Board of Immigration Appeals (BIA).

     The government does not indicate under which Federal Rule of Civil Procedure the court should strike Ali's exhibit. The authority the government cites addresses the striking standard under Federal Rule of Appellate Procedure 30(a)(2). In addition, both parties attached exhibits to their supplemental habeas briefing relating to Ali's case proceeding before the BIA. The court concludes that these exhibits may be of use in adjudicating Ali's petition.

     Accordingly, **IT IS HEREBY ORDERED** that the government's motion to strike [ECF No. 48] is denied.

Dated: June 21, 2019

                                              <u>s/David S. Doty</u>
                                              David S. Doty, Judge
                                              United States District Court